**No. 59191.**—Excel Shipping Corporation v. United States, protest 252169–K (New York).

Opinion by WILSON, J. An examination of the papers in the case disclosing nothing that would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.